AO91 (Rev. 12/03)   Criminal Complaint                                                                                   AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Rigoberto LANDEROS-Luna<br>A215 586 477  Mexico | Case Number: 1:18-po-883 |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 12, 2018** in **Cameron** County, in the **Southern District Of Texas** defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 12, 2018. The defendant is a citizen of Mexico who entered the United States illegally by floating across the Rio Grande River near Brownsville, Texas on May 12, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:    ☐ Yes   ☒ No

/S/  Castro, Mario  Border Patrol Agent
Signature of Complainant

Castro, Mario    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 13, 2018                                                                         at    Brownsville, Texas
Date                                                                                              City/State

Ignacio Torteya III                U.S. Magistrate Judge
Name of Judge                  Title of Judge                                  Signature of Judge